UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAWHORSE ENTERPRISES, INC.<br><br>v.<br><br>CHURCH & DWIGHT CO., INC. | Civil Action No. 3:12-cv-06811(FLW)(TJB) |

**STIPULATION AND PROPOSED ORDER EXTENDING TIME
TO RESPOND TO FIRST AMENDED COMPLAINT**

This Stipulation is made and entered into as of December 20, 2012 by and between plaintiff Sawhorse Enterprises, Inc. ("Sawhorse") and defendant Church & Dwight Co., Inc. ("Church & Dwight").

WHEREAS, the current deadline for Church & Dwight to answer, move, or otherwise respond to the First Amended Complaint is December 26, 2012;

WHEREAS, the parties have not previously sought any extensions in this action;

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties that the time for Church & Dwight to move, answer or otherwise respond to the First Amended Complaint is extended to January 9, 2013.

| s/ Maureen V. Abbey | s/ John P. Barry |
|---|---|
| Maureen V. Abbey | John P. Barry |
| HENINGER GARRISON DAVIS, LLC | PROSKAUER ROSE LLP |
| 220 Saint Paul Street | One Newark Center |
| Westfield, New Jersey 07090 | Newark, NJ 07102 |
| Telephone: (908) 379-8475 | Telephone: 973.274.6081 |
| Facsimile: (908) 301-9008 | Facsimile: 973.274.3299 |
| Email: Maureen@hgdlawfirm.com | Email: jbarry@proskauer.com |
| *ATTORNEYS FOR PLAINTIFF SAWHORSE ENTERPRISES, INC.* | *ATTORNEYS FOR DEFENDANT CHURCH & DWIGHT CO., INC.* |

RECEIVED
DEC 2 8 2012
AT 8:30_____M
WILLIAM T WALSH CLERK

1

**IT IS SO ORDERED:**

Dated: __12/27/12__

_____
Honorable Freda L. Wolfson
U.S. District Court Judge