John P. Barry
**Proskauer Rose LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-6081
Fax: (973) 274-3299
jbarry@proskauer.com

Richard M. Goldstein *
Baldassare Vinti *
**Proskauer Rose LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
* *Pro Hac Vice application to be filed*

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAWHORSE ENTERPRISES, INC.,<br><br>　　　　　　　　Plaintiff,<br>　-against-<br><br>CHURCH & DWIGHT, INC.,<br><br>　　　　　　　　Defendant. | Civ. No. 3:12-CV-06811 (FLW) (TJB)<br><br>*Document Electronically Filed*<br><br>**CHURCH & DWIGHT CO., INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

　　　　Defendant Church & Dwight Co., Inc. ("Church & Dwight") hereby makes the following disclosure pursuant to Fed. R. Civ. P. 7.1: Church & Dwight, through its undersigned counsel, discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: January 9, 2013

        Respectfully submitted,

        <u>/s/ John P. Barry</u>

        John P. Barry
        **Proskauer Rose LLP**
        One Newark Center
        Newark, NJ 07102
        Tel: (973) 274-6081
        Fax: (973) 274-3299
        jbarry@proskauer.com

        *Attorneys for Defendant*
        *Church & Dwight Co., Inc.*