John P. Barry
**Proskauer Rose LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-6081
Fax: (973) 274-3299
jbarry@proskauer.com

Richard M. Goldstein *
Baldassare Vinti *
**Proskauer Rose LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
* *Pro Hac Vice application to be filed*

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br>SAWHORSE ENTERPRISES, INC.,<br><br>                            Plaintiff,<br>    -against-<br><br>CHURCH & DWIGHT, INC.,<br><br>                            Defendant.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | Civ. No. 3:12-CV-06811 (FLW) (TJB)<br><br>**Motion Date:** February 4, 2013<br><br>*Document Electronically Filed*<br><br>**Oral Argument Requested** |

**DEFENDANT CHURCH & DWIGHT'S NOTICE OF MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO STAY DISCOVERY
PENDING RESOLUTION OF THIS MOTION**

**PLEASE TAKE NOTICE** that, on February 4, 2013 at 9:00 a.m., or at such other date and time as the Court shall designate, the undersigned, attorneys for Defendant Church & Dwight Co., Inc. ("Church & Dwight"), will, and hereby do, respectfully move the Honorable Freda L. Wolfson, U.S.D.J., presiding at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, 08608, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' First Amended Complaint in its entirety with prejudice, and staying discovery pending resolution of the underlying motion.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant Church & Dwight will rely upon the memorandum of law filed in connection with its motion, the Declaration of John P. Barry, all other pleadings on file in this action and any oral argument permitted by the Court.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event there is opposition to this Motion.

Dated: January 9, 2013

                Respectfully submitted,

                /s/ John P. Barry
                John P. Barry
                **Proskauer Rose LLP**
                One Newark Center
                Newark, NJ 07102
                Tel: (973) 274-6081
                Fax: (973) 274-3299
                jbarry@proskauer.com

Richard M. Goldstein *
Baldassare Vinti *
**Proskauer Rose LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
* *Pro Hac Vice application*
*to be filed*

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*