UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAWHORSE ENTERPRISES, INC.,<br><br>　　　　　　　　　　Plaintiff,<br>　-against-<br><br>CHURCH & DWIGHT, INC.,<br><br>　　　　　　　　　　Defendant. | Civ. No. 3:12-CV-06811 (FLW) (TJB)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHURCH & DWIGHT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO STAY DISCOVERY PENDING RESOLUTION OF THE UNDERLYING MOTION** |

**THIS MATTER** having been presented to the Court by way of Defendant Church & Dwight's Co., Inc.'s Motion to Dismiss the First Amended Complaint and Stay Discovery Pending Resolution of the Underlying Motion, and the Court having considered all of the papers filed in support of and in opposition to the Motion and all arguments of counsel, and for good cause shown:

　**IT IS** on this _____ day of _____, 2013, **ORDERED** that:

1. Discovery is Stayed Pending Resolution of the Underlying Motion to Dismiss; and

2. Plaintiff's First Amended Complaint in this action is hereby dismissed with prejudice.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Freda L. Wolfson, U.S.D.J.