UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

                                   :

SAWHORSE ENTERPRISES, INC.,            :

                Plaintiff,        :

                                     :       **AFFIDAVIT OF SERVICE**

     -against-                        :

                                     :       **CIVIL NO. 3-12-6811 (FLW)**

                                     :       **(TJB)**

CHURCH & DWIGHT, INC.,             :

               Defendant.     :

                                     :

                                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

STATE OF NEW YORK   )
                         ) ss.:
COUNTY OF NEW YORK)

KENNETH BIGLIANI, being duly sworn, deposes and states:

1. I am not a party to this action, am over 18 years of age and reside in Jersey City, NJ.

2. On January 9, 2013, I caused true copies of the following documents to be served by ECF and

by email upon counsel of record for Sawhorse Enterprises identified below:

(i)   Church & Dwight Co., Inc's Rule 7.1 Corporate Disclosure Statement.

(ii)  Church & Dwight Co., Inc Motion to Seal Declaration of John P. Barry and Supporting
Certification of John P. Barry with Proposed Order.

(iii) Church & Dwight's Notice of Motion to Dismiss Plaintiff's First Amended Complaint
and to Stay Discovery Pending Resolution of this Motion.

(iv) Proposed Order Granting Defendant Church & Dwight's Motion to Dismiss Plaintiff's
First Amended Complaint and to Stay Discovery Pending Resolution of the Underlying
Motion.

(v)  Declaration of John P. Barry in Support of Church & Dwight Motion to Dismiss Plaintiff's Complaint and to Stay Discovery Pending Resolution of this Motion filed under seal.

(vi)  Church & Dwight's Memorandum of Law in Support of its Motion to Dismiss Plaintiff's First Amended Complaint and to Stay Discovery Pending Resolution of this Motion filed under seal.

(vii) Church & Dwight's Memorandum of Law in Support of its Motion to Dismiss Plaintiff's First Amended Complaint and to Stay Discovery Pending Resolution of this Motion filed publicly.

**Counsel for Sawhorse Enterprises**

Maureen Victoria Abbey
Heninger Garrison Davis, LLC
220 Saint Paul Street
Westfield, NJ 07090
maureen@hgdlawfirm.com

KENNETH BIGLIANI

Sworn to before me this
10th of January, 2013

Notary Public

ALLEN F. HEALY
Notary Public, State of New York
No. 01HE6051567
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires December 4, 2014