Maureen V. Abbey
HENINGER GARRISON DAVIS, LLC
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (908) 301-9008
Maureen@hgdlawfirm.com

**Attorney for Plaintiff**

RECEIVED

JAN 2 2 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| SAWHORSE ENTERPRISES, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHURCH & DWIGHT CO., INC., )<br>)<br>Defendant. )<br>) | Case No. 3:12-cv-06811(FLW)(TJB) |

### STIPULATION OF MOTION PRACTICE AND MOTION DATE

This Stipulation is made and entered into as of January 16, 2013 by and between plaintiff Sawhorse Enterprises, Inc. ("Sawhorse" or "Plaintiff") and defendant Church & Dwight Co., Inc. ("Church & Dwight" or "Defendant").

WHEREAS, Defendant Church & Dwight noticed its Motion to Dismiss Plaintiff's First Amended Complaint and to Stay Discovery Pending Resolution of the Motion for February 4, 2013;

WHEREAS, the parties have conferred and agreed to move the motion day for Church & Dwight's Motion to Dismiss Plaintiff's First Amended Complaint and to Stay Discovery Pending Resolution of the Motion to February 19, 2013;

WHEREAS, Sawhorse intends to file a Motion for Early Discovery based upon Plaintiff's principal's medical condition;

WHEREAS, Sawhorse intends to notice its Motion for Early Discovery for February 19, 2013;

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties that the following schedule shall govern Sawhorse's and Church &Dwight's respective motions.

1) January 22, 2013 - Date for Sawhorse to submit and serve its proposed Motion for Early Discovery;

2) January 29, 2013 - Date for Sawhorse's Opposition to Church & Dwight's pending Motion to Dismiss the First Amended Complaint and Stay Discovery Pending Resolution of That Motion;

3) February 5, 2013 - Date for Church & Dwight's opposition to Sawhorse's Proposed Motion for Early Discovery;

4) February 13, 2013 - Date for Church & Dwight's reply in further support of its Motion to Dismiss the First Amended Complaint and Stay Discovery Pending Resolution of That Motion; and Date for Sawhorse's reply in further support of its Proposed Motion for Early Discovery; ~~and~~ *Return date for*

5) February 19, 2013 - ~~Motion day~~ for (i) Church & Dwight's Motion to Dismiss the First Amended Complaint and Stay Discovery Pending Resolution of That Motion and (2) Sawhorse's ~~Proposed~~ Motion for Early Discovery.

                          s/ Maureen V. Abbey
                          Maureen V. Abbey
                          HENINGER GARRISON DAVIS, LLC
                          220 Saint Paul Street
                          Westfield, New Jersey 07090
                          Telephone: (908) 379-8475
                          Facsimile: (908) 301-9008
                          Email: Maureen@hgdlawfirm.com
                          ***Attorneys for Plaintiff Sawhorse Enterprises, Inc.***


                          s/ John P. Barry
                          John P. Barry
                          PROSKAUER ROSE LLP
                          One Newark Center

Newark, NJ 07102
Telephone: (973) 274-6081
Facsimile: (973) 274-3299
Email: jbarry@proskauer.com
***Attorneys for Defendant Church & Dwight Co., Inc.***

**IT IS SO ORDERED:**

Date: 1/22/13

_____
Honorable Freda L. Wolfson
U.S. District Court Judge