Maureen V. Abbey
**HENINGER GARRISON DAVIS, LLC**
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (908) 301-9008
Maureen@hgdlawfirm.com

**Attorney for Plaintiff**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### TRENTON DIVISION

| | | |
|---|---|---|
| **SAWHORSE ENTERPRISES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:12-cv-06811(FLW)(TJB)** |
| **v.** | ) | |
| | ) | |
| **CHURCH & DWIGHT CO., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### PLAINTIFF'S NOTICE OF MOTION FOR EARLY DISCOVERY

**PLEASE TAKE NOTICE** that, on February 19, 2013 at 9:00 a.m., or at such other date and time as the Court shall designate, the undersigned, attorneys for Plaintiff Sawhorse Enterprises, Inc. ("Sawhorse"), will, and hereby do, respectfully move the Honorable Tonianne J. Bongiovanni, U.S.M.J., presiding at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, 08608, for an Order granting early discovery to Sawhorse.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Sawhorse will rely upon its memorandum of law filed in connection with its motion, the Declaration of Dr. Sandor Gardos, all other pleadings on file in this action and any oral argument permitted by the Court.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted

herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event

there is opposition to this Motion.

Dated: January 22, 2013

s/ Maureen V. Abbey

Maureen V. Abbey
**HENINGER GARRISON DAVIS, LLC**
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (908) 301-9008
Email: maureen@hgdlawfirm.com

*Attorneys for Plaintiff*
*Sawhorse Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2013, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic

filing to all persons registered for ECF as of this date.

s/ Maureen V. Abbey