UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | | |
|---|---|---|
| SAWHORSE ENTERPRISES, INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:12-CV-06811-FLW-TJB** |
| v. | ) | |
| | ) | |
| CHURCH & DWIGHT CO., INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF DR. SANDOR GARDOS IN SUPPORT OF PLAINTIFF
SAWHORSE ENTERPRISES, INC.'S MOTION FOR EXPEDITED DISCOVERY**

This document has been filed under seal in its entirety.