Maureen V. Abbey
**HENINGER GARRISON DAVIS, LLC**
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (908) 301-9008
Maureen@hgdlawfirm.com

**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | | |
|---|---|---|
| **SAWHORSE ENTERPRISES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:12-cv-06811(FLW)(TJB)** |
| **v.** | ) | |
| | ) | |
| **CHURCH & DWIGHT CO., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DECLARATION OF MAUREEN V. ABBEY IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Maureen V. Abbey, Esq., hereby declares as follows:

1.     I am an attorney with the law firm of Heninger Garrison Davis, LLC, co-counsel for Plaintiffs in the above captioned litigation, and am an attorney admitted to practice before the United States District Court for the District of New Jersey.

2.     I submit this declaration in support of Plaintiffs' Motion for Expedited Discovery.

3.     Attached hereto as Exhibit A is a true and correct copy of Plaintiff's First Notice of F.R.C.P. 30(b)(6) Deposition to Defendant Church & Dwight Co., Inc.

4.     Attached hereto as Exhibit A is a true and correct copy of Plaintiff's

5.      Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Notice of Deposition of James Daniels.

6.      Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Notice of Deposition of Bruce Weiss.

7.      Attached hereto as Exhibit D is a true and correct copy of Plaintiff's First Request for Production of Documents to Defendant Church & Dwight Co., Inc.

8.      Attached hereto as Exhibit E is a true and correct copy of Plaintiff's First Set of Interrogatories to Defendant Church & Dwight Co., Inc. (Nos. 1-7).


Dated: January 22, 2013                          s/ Maureen V. Abbey

                                                 Maureen V. Abbey
                                                 **HENINGER GARRISON DAVIS, LLC**
                                                 220 Saint Paul Street
                                                 Westfield, New Jersey 07090
                                                 Telephone: (908) 379-8475
                                                 Facsimile: (908) 301-9008
                                                 Email: Maureen@hgdlawfirm.com

                                                 *Attorneys for Plaintiff*
                                                 *Sawhorse Enterprises, Inc.*

2