RECEIVED
JAN 24 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

John P. Barry
**Proskauer Rose LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-6081
Fax: (973) 274-3299
jbarry@proskauer.com

Richard M. Goldstein *
Baldassare Vinti *
**Proskauer Rose LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
* *Pro Hac Vice application to be filed*

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAWHORSE ENTERPRISES, INC., <br><br> Plaintiff, <br> -against- <br><br> CHURCH & DWIGHT, INC., <br><br> Defendant. | Civ. No. 3:12-CV-06811 (FLW) (TJB) <br><br> **Motion Date:** February 4, 2013 <br><br> *Document Electronically Filed* <br><br> [PROPOSED] **ORDER TO SEAL** |

**THIS MATTER** having been brought before the Court by Proskauer Rose LLP, attorneys for Church & Dwight Co., Inc. ("Church & Dwight") by way of a motion to seal a portion of the record pursuant to Local Civil Rule 5.3 and the Court having considered the written submissions of counsel in support thereof, *and no opposition having been filed,* and the Court having found that:

1. As part of its papers filed in support of its motion to dismiss Plaintiff's First Amended Complaint and to stay discovery pending resolution of the motion, Church & Dwight filed the Declaration of John P. Barry attaching exhibits containing information that the parties

consider to be confidential.

2.   Church & Dwight's believes that if these materials are not kept confidential, Church & Dwight will suffer a clearly defined, serious, and significant injury. Thus, in Church & Dwight's opinion, it has legitimate private business interests in keeping these materials from public disclosure, such interests warranting the relief sought.

3.   The relief sought restricts access only to those materials that the parties consider to be confidential, the least restrictive available option that will protect the confidentiality of those materials.

**THEREFORE,** for good cause shown,

**IT IS** upon this 24th day of January, 2013,

**ORDERED** that Church & Dwight's motion to seal is hereby granted, and the Declaration of John P. Barry in Support of Church & Dwight's Motion to Dismiss Plaintiff's First Amended Complaint and to Stay Discovery Pending the Resolution of this Motion shall be sealed and excluded from the public record.[1]

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J

It is further ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 14] accordingly.

[1] The Court is aware that any interested person has until February 4, 2013 to move to intervene with respect to this Motion to Seal. This Order in no way prejudices that right. Should an interested person timely move to intervene, the Court shall reexamine its findings at that time.