Maureen V. Abbey
**HENINGER GARRISON DAVIS, LLC**
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (908) 301-9008
Maureen@hgdlawfirm.com

**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION**

| | |
|---|---|
| **SAWHORSE ENTERPRISES,** )<br>)<br>**Plaintiff,** )<br>) | **Case No. 3:12-cv-06811(FLW)(TJB)** |
| **v.** )<br>)<br>**CHURCH & DWIGHT CO., INC.,** )<br>)<br>**Defendant.** )<br>) | |

**[PROPOSED] ORDER DENYING DEFENDANT CHURCH & DWIGHT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO STAY DISCOVERY PENDING RESOLUTION OF THIS MOTION**

**THIS MATTER** having been presented to the Court by way of Defendant Church & Dwight's Motion to Dismiss Plaintiff's First Amended Complaint and to Stay Discovery Pending Resolution of This Motion, and the Court having considered all of the papers filed in support of and in opposition to the Motion and all arguments of counsel, and for good cause shown:

**IT IS** on this _____ day of _____, 2013 **ORDERED** that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and to Stay Discovery Pending Resolution of This Motion is **DENIED**.

 

                                                                                                  _____
                                                                                                   The Honorable Freda L. Wolfson, U.S.D.J.