Maureen V. Abbey<br>
Direct Dial: (908) 379-8476<br>
E-mail: maureen@hgdlawfirm.com

January 30, 2013

**Filed Via CM/ECF and Sent Via FedEx Standard Overnight**

The Honorable Freda L. Wolfson
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 5E
Trenton, New Jersey 08608

        Re: *Sawhorse Enterprises, Inc., v. Church & Dwight Co., Inc.,*
            Case No. 3:12-cv-06811-FLW-TJB

To the Honorable Judge Wolfson:

      Plaintiff has prepared and filed a Corrected Version of Plaintiff's Memorandum of Law (Dkt. No. 29). Due to unforeseen technical difficulties encountered late last night when finalizing Plaintiff's Memorandum of Law in Opposition to Defendants Motion to Dismiss and Stay Discovery, the table of contents and table of authorities of this document contained errors and it was not a clean document for the record. In the interests of having an accurate record of the filing for all Parties in this case, and for maintaining an accurate record for this case overall, counsel files this corrected version of the Memorandum of Law which includes the corrected Table of Contents and Table of Authorities, removing errors contained in the original filing, and further, removes a blank page from the end of the document.

      Thank you in advance for your time and attention with these matters.

                                               Best regards,

                                               Maureen V. Abbey, Esq.

Enclosures

c: Opposing Counsel (via email w/attachments)
   Steven W. Ritcheson, Esq. (via e-mail w/attachments)