
HENINGER GARRISON DAVIS, LLC

Maureen V. Abbey
Direct Dial: (908) 379-8476
E-mail: maureen@hgdlawfirm.com

January 30, 2013

**Filed Via CM/ECF and Sent Via FedEx Standard Overnight**

The Honorable Freda L. Wolfson
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 5E
Trenton, New Jersey 08608

> Re:  *Sawhorse Enterprises, Inc., v. Church & Dwight Co., Inc.*,
>      Case No. 3:12-cv-06811-FLW-TJB

To the Honorable Judge Wolfson:

Plaintiff has prepared and filed a Corrected Version of Plaintiff's Memorandum of Law (Dkt. No. 29). Due to unforeseen technical difficulties encountered late last night when finalizing Plaintiff's Memorandum of Law in Opposition to Defendants Motion to Dismiss and Stay Discovery, the table of contents and table of authorities of this document contained errors and it was not a clean document for the record. In the interests of having an accurate record of the filing for all Parties in this case, and for maintaining an accurate record for this case overall, counsel files this corrected version of the Memorandum of Law which includes the corrected Table of Contents and Table of Authorities, removing errors contained in the original filing, and further, removes a blank page from the end of the document.

Thank you in advance for your time and attention with these matters.

Best regards,

Maureen V. Abbey, Esq.

Enclosures

c: Opposing Counsel (via email w/attachments)
   Steven W. Ritcheson, Esq. (via e-mail w/attachments)

ALABAMA
2224 1ST AVENUE NORTH
BIRMINGHAM, AL 35203
P.O. BOX 11310
BIRMINGHAM, AL 35202
PHONE: (205) 326-3336
(800) 241-9779
FAX: (205) 326-3332

GEORGIA
1 GLENLAKE PARKWAY
SUITE 700
ATLANTA, GA 30328
PHONE: (678) 638-6308
(800) 241-9779
FAX: (678) 638-6142

NEW JERSEY
220 SAINT PAUL STREET
WESTFIELD, NJ 07090
PHONE: (908) 379-8475
(800) 241-9779
FAX: (908) 301-9008

NEW YORK
5 PENN PLAZA
23RD FLOOR
NEW YORK, NY 10001
PHONE: (212) 896-3876
(800) 241-9779
FAX: (646) 378-2001

WWW.HGDLAWFIRM.COM