Maureen V. Abbey
**HENINGER GARRISON DAVIS, LLC**
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (908) 301-9008
Maureen@hgdlawfirm.com

**Attorney for Plaintiff**

RECEIVED
FEB - 6 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| SAWHORSE ENTERPRISES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHURCH & DWIGHT CO., INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:12-cv-06811(FLW)(TJB) |

~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S MOTION TO SEAL**

**THIS MATTER** having been brought before the Court by way of motion to seal by Plaintiff Sawhorse Enterprises, Inc. ("Sawhorse") pursuant to Local Civil Rule 5.3, and the Court having considered the written submissions of ~~counsel~~ *Plaintiff* in support thereof, *and no opposition having been filed,* and the Court having found that:

1. Sawhorse filed the Declaration of Dr. Sandor Gardos in Support of Plaintiff's Motion for Early Discovery as part of the papers filed to support Plaintiff's Motion for Early Discovery, and that declaration contains information the parties consider of a confidential nature.

2. Sawhorse filed "Plaintiff's Memorandum of Law in Support of Motion for Expedited Discovery," as part of the same set of papers referenced in Paragraph 1 *supra*.

3. Sawhorse believes that if these materials are not kept confidential, Sawhorse, Church & Dwight Co., Inc., and Dr. Gardos will suffer a clearly defined, serious, and significant injury. Thus, Sawhorse has a legitimate private interest preventing public disclosure of these materials, which warrant the relief sought.

4. The relief requested is confined solely to those materials considered confidential by the parties, which is also the least restrictive option to protect confidentiality.

**THEREFORE**, the Court having considered the Plaintiff's Motion to Seal and related papers, and for good cause shown,

IT IS upon this 6th day of February, 2013,

**ORDERED** that Sawhorse's Motion to Seal is hereby GRANTED,[1] and the Declaration of Dr. Sandor Gardos in Support of Plaintiff's Motion for Early Discovery shall be sealed and excluded from the public record, and Plaintiff's Memorandum of Law in Support of Motion for Expedited Discovery shall also be sealed and excluded form the public record.

Plaintiff will redact the confidential, sensitive information and information derived from that confidential information contained in the "Plaintiff's Memorandum of Law in Support of Motion for Expedited Discovery," and any related papers including the Declaration of Dr. Sandor Gardos, and will file the redacted versions publicly.

IT IS FURTHER ORDERED that nothing herein shall constitute a ruling concerning a future request to seal.

[Docket Entry No. 26] is terminated.

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.

[1] The Court is aware that any interested person has until February 19, 2013 to move to intervene with respect to this Motion to Seal. This Order in no way prejudices that right. Should an interested person timely move to intervene, the Court shall reexamine its findings at that time.