**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2013, I caused to be served the following:

- Declaration of John P. Barry in Opposition to Plaintiff's Motion for Expedited Discovery;

- Defendant Church & Dwight's Memorandum of Law in Opposition to Plaintiff's Motion for Expedited Discovery; and

- Defendant Church & Dwight's Notice of Motion to Seal, Certification of John P. Barry in Support of Motion to Seal, and [Proposed] Order to Seal

via ECF on:

Maureen V. Abbey, Esq.<br>
Heninger Garrison Davis, LLC<br>
220 Saint Paul Street<br>
Westfield New Jersey 07090

By: /s/ John P. Barry_____
       John P. Barry

Dated: February 11, 2013