Maureen V. Abbey
**HENINGER GARRISON DAVIS, LLC**
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (908) 301-9008
Maureen@hgdlawfirm.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION**

| | | |
|---|---|---|
| **SAWHORSE ENTERPRISES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:12-cv-06811(FLW)(TJB)** |
| **v.** | ) | |
| | ) | |
| **CHURCH & DWIGHT CO., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DECLARATION OF MAUREEN V. ABBEY IN SUPPORT OF PLAINTIFF
SAWHORSE ENTERPRISES, INC'S REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

Maureen V. Abbeyhereby declares as follows:

1.      I am an attorney with the law firm of Heninger Garrison Davis, LLC, co-counsel for Plaintiff Sawhorse Enterprises, Inc. in the above-captioned litigation, and am an attorney admitted to practice before the United States District Court for the District of New Jersey.  In such capacity, I am fully familiar with the facts contained herein.  I submit this declaration in support of Plaintiff's Reply To Defendant's Opposition to Plaintiff's Motion for Expedited Discovery.

2.      Attached hereto as Exhibit 1 is a true and correct copy of*Cook v. Williams, et al.*, case no. 4:09-cv-01375-CAS, (Dkt. No. 4) (E.D. Mo. Oct. 6, 2009).

3.      Attached hereto as Exhibit 2 is a true and correct copy of*Paul v. Aviva Life and Annuity Co., et al*., case no. 3:09-cv-1490-B, Slip. Op. (Dkt. No. 59) (N.D. Tex. Nov. 12, 2009).

I declare under penalty of perjury that the above and foregoing is true and correct to the best of my knowledge and belief.

s/ Maureen V. Abbey