**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February, 2013, I caused to be served the following:

- Defendant Church & Dwight's Reply Memorandum in Further Support of its Motion to Dismiss the First Amended Complaint and to Stay Discovery Pending Resolution of that Motion; and

- Defendant Church & Dwight's Notice of Motion to Seal, Certification of John P. Barry in Support of Motion to Seal, and [Proposed] Order to Seal

via ECF on:

Maureen V. Abbey, Esq.
Heninger Garrison Davis, LLC
220 Saint Paul Street
Westfield New Jersey 07090

By: /s/ John P. Barry_____
John P. Barry

Dated: February 14, 2013