John P. Barry
**Proskauer Rose LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-6081
Fax: (973) 274-3299
jbarry@proskauer.com

Richard M. Goldstein *
Baldassare Vinti *
**Proskauer Rose LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
* Pro Hac Vice application to be filed

*Attorneys for Defendant
Church & Dwight Co., Inc.*

RECEIVED
FEB 27 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| SAWHORSE ENTERPRISES, INC., <br><br>                       Plaintiff, <br> -against- <br><br> CHURCH & DWIGHT, INC., <br><br>                       Defendant. | Civ. No. 3:12-CV-06811 (FLW) (TJB) <br><br> **Motion Date:** March 4, 2013 <br><br> *Document Electronically Filed* <br><br> [PROPOSED] **ORDER TO SEAL** |

**THIS MATTER** having been brought before the Court by Proskauer Rose LLP, attorneys for Church & Dwight Co., Inc. ("Church & Dwight") by way of a motion to seal a portion of the record pursuant to Local Civil Rule 5.3 and the Court having considered the written submissions of ~~counsel~~ *Church & Dwight* and *no opposition having been filed,* in support thereof, and the Court having found that:

1. As part of its papers filed in opposition to Plaintiff Sawhorse Enterprise's Motion for Expedited Discovery, Church & Dwight filed the Declaration of John P. Barry attaching exhibits containing some information that the parties consider to be confidential.

2. Church & Dwight also filed "Church & Dwight's Memorandum of Law in

Opposition to Plaintiff's Motion for Expedited Discovery."

3. Church & Dwight believes that if certain of these materials are not kept confidential, Church & Dwight will suffer a clearly defined, serious, and significant injury. Thus, in Church & Dwight's opinion, it has legitimate private business interests in keeping these materials from public disclosure, such interests warranting the relief sought.

4. Further, Plaintiff has requested that certain of the information in "Church & Dwight's Memorandum of Law in Opposition to Plaintiff's Motion for Expedited Discovery" be kept confidential, due to its sensitive nature.

5. The relief sought restricts access only to those materials that the parties consider to be confidential, the least restrictive available option that will protect the confidentiality of those materials.

**THEREFORE,** for good cause shown,

**IT IS** upon this 26th day of February, 2013,

**ORDERED** that Church & Dwight's motion to seal is hereby granted, and the confidential portions of the Declaration of John P. Barry in Support of Church & Dwight's Opposition to Plaintiff's Motion for Expedited Discovery shall be sealed and excluded from the public record, and "Church & Dwight's Memorandum of Law in Opposition to Plaintiff's Motion for Expedited Discovery" shall also be sealed and excluded from the public record.

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J

It is further ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 31] accordingly.

The Court is aware that any interested person has until March 4, 2013 to move to intervene with respect to this motion to seal. This Order in no way prejudices that right. Should an interested person timely move to intervene, the Court shall reexamine its findings at that time.

2