John P. Barry
**Proskauer Rose LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-6081
Fax: (973) 274-3299
jbarry@proskauer.com

Richard M. Goldstein *
Baldassare Vinti *
**Proskauer Rose LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
* *Pro Hac Vice applications pending*

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*

RECEIVED
MAR 21 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAWHORSE ENTERPRISES, INC.,<br><br>                    Plaintiff,<br>-against-<br><br>CHURCH & DWIGHT, INC.,<br><br>                    Defendant. | Civ. No. 3:12-CV-06811 (FLW) (TJB)<br>**Return Date:** March 18, 2013<br>*Document Electronically Filed*<br>~~[PROPOSED]~~ ORDER TO SEAL |

**THIS MATTER** having been brought before the Court by Proskauer Rose LLP, attorneys for Church & Dwight Co., Inc. ("Church & Dwight") by way of a motion to seal a portion of the record pursuant to Local Civil Rule 5.3 and the Court having considered the written submissions of ~~counsel~~ *Defendant* in support thereof, *and no opposition having been filed,* and the Court having found that:

   1.   Church & Dwight has filed its Reply Memorandum in Further Support of its Motion to Dismiss the First Amended Complaint and to Stay Discovery Pending Resolution of that Motion;

   2.   Church & Dwight believes that if certain of these materials are not kept

confidential, Church & Dwight will suffer a clearly defined, serious, and significant injury. Thus, in Church & Dwight's opinion, it has legitimate private business interests in keeping these materials from public disclosure, such interests warranting the relief sought.

3. The relief sought restricts access only to those materials that the parties consider to be confidential, the least restrictive available option that will protect the confidentiality of those materials.

**THEREFORE,** for good cause shown,

**IT IS** upon this 21st day of March, 2013,

**ORDERED** that Church & Dwight's motion to seal is hereby granted, and the confidential portions of "Defendant Church & Dwight's Reply Memorandum in Further Support of its Motion to Dismiss the First Amended Complaint and Stay Discovery Pending Resolution of that Motion" shall also be sealed and excluded from the public record.

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J

[Docket Entry No. 39] is terminated.