Maureen V. Abbey
**HENINGER GARRISON DAVIS, LLC**
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (908) 301-9008
Maureen@hgdlawfirm.com

**Attorney for Plaintiff**

RECEIVED

MAR 2 1 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | | |
|---|---|---|
| SAWHORSE ENTERPRISES, INC. | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No. 3:12-cv-06811(FLW)(TJB) |
| v. | ) | |
| | ) | |
| CHURCH & DWIGHT CO., INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ~~PROPOSED~~ ORDER

**THIS MATTER** having been opened to the Court by Heninger Garrison Davis, LLC, attorneys for Plaintiff Sawhorse Enterprises, Inc. ("Sawhorse"), for the entry of an Order admitting Timothy Davis, Gayle Douglas, Jacqueline Burt, M. Blair Clinton, Graham Firestone, and Dara Jeffries of the law firm of Heninger Garrison Davis, LLP, *pro hac vice*, and Plaintiff having consented to this *pro hac vice* admission, and for good cause having been shown;

IT IS on this 21st day of March, 2013,

**ORDERED** that Timothy Davis, Gayle Douglas, Jacqueline Burt, M. Blair Clinton, Graham Firestone, and Dara Jeffries are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Sawhorse in this matter; and it is further

**ORDERED** that Timothy Davis, Gayle Douglas, Jacqueline Burt, M. Blair Clinton, Graham Firestone, and Dara Jeffries shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Timothy Davis, Gayle Douglas, Jacqueline Burt, M. Blair Clinton, Graham Firestone, and Dara Jeffries shall, for the duration of the time they serve as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Timothy Davis, Gayle Douglas, Jacqueline Burt, M. Blair Clinton, Graham Firestone, and Dara Jeffries shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is further

**ORDERED** that Timothy Davis, Gayle Douglas, Jacqueline Burt, M. Blair Clinton, Graham Firestone, and Dara Jeffries shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by Maureen Abbey or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3);. and it is further

**ORDERED** that Timothy Davis, Gayle Douglas, Jacqueline Burt, M. Blair Clinton, Graham Firestone, and Dara Jeffries may serve as counsel *pro hac vice* in this matter.

[Docket no. 53] is terminated.

HON. TONIANNE J. BONGIOVANNI, U.S.M.J.