Maureen V. Abbey
**HENINGER GARRISON DAVIS, LLC**
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (908) 301-9008
Maureen@hgdlawfirm.com

**Attorney for Plaintiff**

RECEIVED
MAR 22 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| **SAWHORSE ENTERPRISES, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 3:12-cv-06811(FLW)(TJB) |
| v. ) | |
| ) | |
| **CHURCH & DWIGHT CO., INC.,** ) | JURY TRIAL DEMANDED |
| ) | |
| **Defendant.** ) | |
| ) | |

## ~~PROPOSED~~ ORDER

**THIS MATTER** having been opened to the Court by Heninger Garrison Davis, LLC, attorneys for Plaintiff Sawhorse Enterprises, Inc. ("Sawhorse"), for the entry of an Order admitting Steven W. Ritcheson of the law firm of Heninger Garrison Davis, LLP, *pro hac vice*, and Defendant having consented to this *pro hac vice* admission, and for good cause having been shown;

IT IS on this 22nd day of March, 2013,

**ORDERED** that Steven W. Ritcheson is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Sawhorse in this matter; and it is further

**ORDERED** that Steven W. Ritcheson shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** Steven W. Ritcheson shall, for the duration of the time he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Steven W. Ritcheson shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is further

**ORDERED** that Steven W. Ritcheson shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by Maureen Abbey or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3);. and it is further

**ORDERED** that Steven W. Ritcheson may serve as counsel *pro hac vice* in this matter.

_____
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.

It is further ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 54] accordingly.