UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SAWHORSE ENTERPRISES, INC.,** : | |
| : | Civil Action No. 12-6811 (FLW) |
| **Plaintiff,** : | |
| : | |
| v. : | **ORDER** |
| : | |
| **CHURCH & DWIGHT CO., INC.,** : | |
| : | |
| **Defendant.** : | |
| : | |

This matter having been opened to the Court upon Plaintiff Sawhorse Enterprises, Inc.'s ("Sawhorse") motion for expedited discovery [Docket Entry No. 25]; and Defendant Church & Dwight Co., Inc. ("C&D") having opposed Defendants' motion [Docket Entry No. 32]; and Sawhorse having filed a reply [Docket Entry No. 42]; and the Court having reviewed all of the arguments made in support of and in opposition to Sawhorse's motion; and the Court having considered Sawhorse's motion without oral argument pursuant to FED.R.CIV.P. 78; and for the reasons set forth in the Court's Memorandum Opinion accompanying this Order; and for good cause shown,

IT IS on this 3rd day of April, 2013,

ORDERED that Sawhorse's motion for expedited discovery is DENIED WITHOUT PREJUDICE; and it is further

ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 25] accordingly.

                                              s/Tonianne J. Bongiovanni
                                              **HONORABLE TONIANNE J. BONGIOVANNI**
                                              **UNITED STATES MAGISTRATE JUDGE**