```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE:    TRENTON

JUDGE FREDA L. WOLFSON, U.S.D.J.       Date: May 21, 2013

Court Reporter: Vincent Russoniello

TITLE OF CASE:                         CIVIL 12-6811(FLW)

SAWHORSE ENTERPRISES

vs.

CHURCH & DWIGHT CO., INC.


APPEARANCES:

Maureen Abbey, Esq for Plaintiff
Baldo Vinti, Esq. & Richard Goldstein, Esq for Defendant

NATURE OF PROCEEDINGS:

Hearing on motion (#15) by Defendant to Dismiss First Amended Complaint and to Stay Discovery.

Court Ordered motion granted in part and denied in part.

Order to be filed.


TIME COMMENCED: 10:00 a.m.             *Jacqueline Gore*
TIME ADJOURNED: 11:00 a.m.             Deputy Clerk
TOTAL TIME: (1)