Maureen V. Abbey
HENINGER GARRISON DAVIS, LLC
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (908) 301-9008

Attorney for Plaintiff



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | |
|---|---|
| SAWHORSE ENTERPRISES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-cv-06811(FLW)(TJB) |
| v. ) | |
| ) | |
| CHURCH & DWIGHT CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT STIPULATION TO CONTINUE RULE 16 CONFERENCE

**WHEREAS** the Court entered an Order setting the Rule 16 Scheduling Conference for October 8, 2013 at 2:30 p.m. (the "Order") (D.I. 65);

**WHEREAS** the Court also set deadlines for the Rule 26(f) Conference, submission of the Joint Discovery Plan, and Rule 26(a) initial disclosures;

**WHEREAS** counsel for Plaintiff has a previously scheduled deposition preventing counsel from attending the Rule 16 Conference on October 8, 2013;

**WHEREAS** the Parties have agreed to request that Court reset the Rule 16 Scheduling Conference;

**WHEARAS** the Parties are available October 22-25, 2013 for a Rule 16 Scheduling Conference;

**WHEREAS** the Parties also agree to reset the dates for the Rule 26(f) Conference to occur no later than September 24, 2013, four weeks prior to the Rule 16 Conference;

**WHEREAS** the Parties agree to extend the deadline for submission of the Joint Discovery Plan to Tuesday, October 1, 2013, three weeks prior to the Rule 16 Conference which submission shall be submitted directly to Chambers and shall not be electronically filed;

**WHEREAS** the Parties agree to extend the deadline to exchange Rule 26(a) initial disclosures until Tuesday, October 8, 2013;

**IT IS HEREBY STIPULATED AND AGREED** to reset and continue the dates set forth herein by the undersigned counsel for Plaintiff and Defendant, subject to the approval of the Court.

| HENINGER GARRISON DAVIS, LLC | PROSKAUER ROSE LLP |
|---|---|
| s/ Maureen V. Abbey | s/ Baldassare Vinti |
| Maureen Victoria Abbey | Baldassare Vinti (pro hac vice) |
| 220 Saint Paul Street | PROSKAUER ROSE LLP |
| Westfield, NJ 07090 | Eleven Times Square |
| (908) 379-8476 | New York, New York 10036 |
|  | Tel. 212.969.3249 |
| Attorneys for Plaintiff |  |
| Sawhorse Enterprises, Inc. | Attorneys for Defendant |
|  | Church & Dwight Co., Inc. |

*The R16 Conference is rescheduled to October 22, 2013 at 11 AM*

SO ORDERED this ___13___ day of September 2013

_____
Hon. Tonianne J. Bongiovanni